No. 01–7770.  SPINOZA *v.* MANCUSI ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–7771.  RICH *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–7772.  NEAL *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 01–7773.  GREER *v.* MITCHELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–7774.  LUGO *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–7777.  BONE *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 01–7778.  WILLIAMSON *v.* PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–7779.  ZIMMERMAN *v.* WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES.  Ct. App. Wash.  Certiorari denied.

No. 01–7788.  SCOTT *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 01–7822.  KELLAM *v.* BRIDDLE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–7824.  KIMBROUGH *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–7848.  COATS *v.* HENNEPIN COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES.  Sup. Ct. Minn.  Certiorari denied.

No. 01–7879.  SACK *v.* CHAMPION, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–7881.  PETTIES *v.* UNITED STATES POSTAL SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 01–7885.  WEBB *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.